IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02366-BNB

MARTIN ARCADIO SANCHEZ,

    Plaintiff,

v.

ROBERT FYLES, Deputy, A.C.D.F.,
KYLE WANDERSEE, Nurse, A.C.D.F.,
KELLY VOLK, Nurse, A.C.D.F.,
CHERYL GROOTHUIS, Nurse, A.C.D.F.,
MISHA STRONG, Nurse, A.C.D.F.,
MIKE MILLER, Sergeant, A.C.D.F.,
DEP. GARCIA, Deputy, A.C.D.F., and
DR. METCALF, Platt Valley Med. Cntr.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 4 2011

GREGORY C. LANGHAM
                      CLERK

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

At the time Plaintiff, Martin Arcadio Sanchez, initiated the instant action, he was detained at the Adams County Detention Facility in Brighton, Colorado. On October 13, 2011, Plaintiff submitted to the Court a Notice of Change of Address indicating that as of October 11, 2011, he no longer is detained at the detention facility and now is residing in Brighton, Colorado.

Plaintiff's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also*

*McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Plaintiff will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiff may elect to pay the $350.00 filing fee to pursue his claims in this action. Accordingly, it is

ORDERED that within thirty days from the date of this Order Plaintiff submit to the Court an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiff may elect to pay the $350.00 filing fee to pursue his claims in this action. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to comply with the instant Order, within thirty days of the date of the Order, the Complaint and action will be dismissed without further notice.

DATED October 14, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02366-BNB

Martin Arcadio Sanchez
210 Denver St
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk