**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02366-REB-CBS

MARTIN ARCADIO SANCHEZ

    Plaintiff,

v.

ROBERT FYLES, Deputy A.C.D.E.,
KYLE WANDERSEE, Nurse, A.C.D.E.,
KELLY VOLK, Nurse, A.C.D.E.,
CHERYL GROOTHUIS, Nurse, A.C.D.E.,
MISHA STRONG, Nurse, A.C.D.E.,
DEP. DUMMAR, Deputy, A.C.D.E., and
DEP. GORSAGE, Deputy, A.C.D.E.

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the following: (1) **Defendants Cheryl Groothuis's and Misha Strong's Motion To Dismiss for Failure To State a Claim Under FED. R. CIV. P. 12(b)(6)** [#24][1] filed December 29, 2011; (2) the **Recommendation of United States Magistrate Judge** [#34] filed March 29, 2012; and (2) **Defendants Cheryl Groothuis's and Misha Strong's Motion Requesting the District Court Adopt the Report and Recommendation of the Magistrate Dated March 29, 2012** [#35] filed July 24, 2012.

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

No objections to the recommendation have been filed. Thus, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error, much less plain error, in the magistrate judge's recommended disposition of this case, I find and conclude that the recommendation should be approved and adopted as an order of this court. Thus, concomitantly, I grant the motion to adopt the recommendation.

Appropriately, the magistrate judge recommends that the plaintiffs' complaint be dismissed without prejudice.  This recommendation is based on the failure of the plaintiff to appear for two scheduling conferences set by the court, failure to comply with the Local Rules of Practice of the United States District Court for the District of Colorado and the Federal Rules of Civil Procedure, failure to comply with the orders of this court, failure to respond to the court's March 6, 2012, Order To Show Cause [#33], and failure to prosecute this action. The magistrate judge accurately summarizes the relevant facts and accurately summarizes and applies the relevant law.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#34] filed March 29, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2.  That this action is **DISMISSED WITHOUT PREJUDICE** based on the failure of the plaintiff to appear for two scheduling conferences set by the court, failure to comply with the Local Rules of Practice of the United States District Court for the District of Colorado and the Federal Rules of Civil Procedure, failure to comply with the orders of this court, failure to respond to the court's March 6, 2012, Order To Show Cause

---

[2]  This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

[#33], and failure to prosecute this action;

3.  That under FED. R. CIV. P. 58, judgment **SHALL ENTER** in favor of the defendants, Robert Fyles, Deputy A.C.D.F., Kyle Wandersee, Nurse A.C.D.F., Kelly Volk, Nurse A.C.D.F., Cheryl Groothuis, Nurse A.C.D.F., Misha Strong, Nurse A.C.D.F., Dep. Dummar, Deputy A.C.D.F., and Dep. Gorsage, Deputy A.C.D.F., and against the plaintiff, Martin Arcadio Sanchez;

4.  That defendants are **AWARDED** their costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1;

5.  That **Defendants Cheryl Groothuis's and Misha Strong's Motion Requesting the District Court Adopt the Report and Recommendation of the Magistrate Dated March 29, 2012** [#35] filed July 24, 2012, is **GRANTED**;

6.  That **Defendants Cheryl Groothuis's and Misha Strong's Motion To Dismiss for Failure To State a Claim Under FED. R. CIV. P. 12(b)(6)** [#24] filed December 29, 2011, is **DENIED** as moot; and

7.  That this case is **CLOSED**.

Dated July 31, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge